lant. — Judgment reversed. with costs. and the motion denied, with ten dollars costs, with leave to the plaintiff on the payments of the costs, to interpose demurrer if he shall be so advised

Edmund J. Curry, Respondent. v. The New York Elevated Railrod Company, Appellant. — Judgment reversed with costs, and the motion denied with ten dollars costs, with leave to the plaintiff on the payment of the costs, to interpose demurrer if he shall be so advised.

Moses K. Glines v. The Supreme Sitting Order of the Iron Hall. — Order affirmed, with costs. Opinion *Per Curiam.*

Pittsfield National Bank v. William H. Bayne and others. — Motion granted as to plaintiff. Mem.

Aaron Schubart, Respondent. v. Andrew Kammerer, Appellant. — Motion granted, with ten dollars costs.

The People of the State of New York, Appellant, v. The New York Underground Railway Company and others, Respondents. — Application granted.

The People of the State of New York *ex rel.* United States Trust Company, as Committee, etc., v. Edward P. Barker and others, Commissioners, etc. — Order reversed. with ten dollars costs and disbursements, and the petition dismissed, with ten dollars costs. Opinion by Van Brunt, P. J.

In the Matter of the Judicial Settlement of the Accounts of Joseph M. Johnson and others, Executors, etc. — Motion denied upon appellants paying ten dollars costs of motion and stipulating to argue at February General Term and perfecting appeal by giving proper under-

taking; the costs and stipulation and undertaking to be paid or given within five days after notice of this order.

Edith Mason Faxon, Respondent, v. John Oscar Ball, Appellant. Impleaded, etc. — Order affirmed, with costs and disbursements. Opinion by O'Brien, J.

The People of the State of New York v. Sylvester F. Wilson. — The appellant has leave to put this case upon the February calendar of this court and file his cases upon appeal and notice the same for argument; and when the case comes up for argument, and thus the appellant has shown his good faith, the court will determine whether they will not set aside the dismissal already taken, and then hear the appeal upon the merits.

Meyer Jonasson, Appellant, v. Edward E. Eames and others. Respondents. — Judgment affirmed, with costs and disbursements. Opinions by Lawrence, J., and Van Brunt, P. J.

Lou M. Bronson, Respondent, The Forty-second Street, etc., Railway Company, Appellant. — Judgment modified as directed in opinion, and, as modified, affirmed, without costs of this appeal to either party. Opinion by Barrett, J.

Gustav Daniel, Respondent, v. The New York News Publishing Company, Appellant. — Judgment affirmed, with costs. Opinion by O'Brien, J.

Mary C. Warren, as Executrix, etc., and others, Respondents, v. William C. Banning, Individually, and as Executor, etc., Appellant. — Judgment affirmed, with costs. Opinion by Follett, J.

---

### SECOND DEPARTMENT, FEBRUARY TERM, 1893.

George Gerbig, Respondent, v. The New York, Lake Erie and Western Railroad Company, Appellant. — Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.

Eva W. Simmons, Plaintiff, v. Central N. E. and Western Railroad Company, Defendant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Barnard, P.J., not sitting.

Daniel Hunt, Executor, etc., Appellant, v. Ellen Gleason and others, Respondents. — Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Oscar Miersch, Respondent, v. Felix C. Bivin, Appellant. — Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J ; Dykman, J., not sitting.

E. G. Blakeslee Manufacturing Company, Plaintiff, v. The E. G. Blakeslee's Sons' Iron Works, Defendant. — Judgment affirmed for non-submission of papers according to stipulation. — Dykman, J., not sitting.

Chauncey H. Skidmore, Plaintiff, v. The Anchor Brewing Company, Defendant. — Judgment affirmed, with costs. Opinion by Dykman, J.

Benjamin Wright, Appellant, v. David Miller and others, Respondents.—Judgment affirmed, with costs. Opinion by Barnard, P. J.

William Larder, Appellant, v. Elihu J. Granger and others, Respondents. — Order reversed, with costs and disbursements, and motion denied. Opinion by Dykman, J.; Pratt, J., not sitting.

The People of the State of New York, Respondent, v. George Calvert, Appellant. — Conviction and judgment affirmed. Opinion by Barnard, P. J.

John P. Adams, Appellant, v. Henry A. Morgan, President, etc., Respondent. — Order reversed, with ten dollars costs and disbursements, and

motion denied, with ten dollars costs. Opinion by Dykman, J.

Mary B. Bancroft. Respondent, v. The City of Newburg, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Oliver W. Barnes, Respondent, v. James Seligman and others, Appellants. — Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.

Max Bertuch, Respondent, v. Michael Sweeney and another, Appellants. — Order refusing motion to vacate arrest affirmed, with costs and disbursements. Opinion by Dykman, J.

Henry H. Skinner, Administrator, etc., v. Prospect Park and Coney Island Railroad Company. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Henry H. Skinner and others, Administrators, v. Prospect Park and Coney Island Railroad Company. — Judgment affirmed, with costs. Opinion by Pratt, J.

Tom L. Johnson and another, Respondents, v. The Atlantic Avenue Railroad Company, Appellant. — Order denying reference reversed, with costs and disbursements, and motion granted. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Matter of Probate of Will of Augustus Nelson, Deceased. — Order admitting will to probate affirmed, with costs to be paid by appellants. Opinion by Dykman, J.

Herman B. Ogden, Respondent, v. The Kings County Elevated Railroad Company, Appellant. — Judgment affirmed, with costs. Opinion by Pratt, J.

National Bank of Orange County, Plaintiff, v. Ida D. Van Steinburgh, Defendant. — Judgment affirmed, with costs, with leave to defendant to answer in twenty days on payment of costs according to stipulation.

Alfred B. Phillips, Respondent, v. The Citizens